# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA



FILED
NOV 18 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
)
v. )
) CASE NO: 1:12-CR-00192 LJO
MICHAEL CHASE STAFFORD )

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
(X) Ad Prosequendum ( ) Ad Testificandum.

Name of Detainee: **Deuel Vocational Institution, Tracy California**
Detained at (custodian): **Michael Chase Stafford**

Detainee is: a.) (X) charged in this district by:
(X) Indictment ( ) Information ( ) Complaint
Charging Detainee With: **18 U.S.C. § 371- Conspiracy, 18 U.S.C §§ 1708 and 2 – Theft of Mail Matter and Aiding and Abetting, 18 U.S.C. §§ 1708 and 2 – Possession of Stolen Mail Matter and Aiding and Abetting**

or b.) ( ) a witness not otherwise available by ordinary process of the Court

Detainee will: a.) (X) return to the custody of detaining facility upon termination of proceedings
or b.) ( ) be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary forthwith in the Eastern District of California.*

Signature: /s/ Grant B. Rabenn
Printed Name & Phone No: GRANT B. RABENN (559) 497-4024
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS
(X) Ad Prosequendum ( ) Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal for this district, is hereby ORDERED to produce the named detainee, on the date and time recited above, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Date 11-15-13

United States District/Magistrate Judge

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if applicable): | N/A | Female | |
| Booking or CDC #: | **CDC#: AP7099** | DOB: | |
| | | Race: | |
| | | FBI #: | N/A |
| Facility Phone: | **(209) 835-4141** | | |
| Currently Incarcerated For: | | | |

**RETURN OF SERVICE**

Executed on _____ by _____

(Signature)

C:\WINDOWS\TEMP\NOTES101AA1\STAFFORD WRIT.DOCX
Form Crim-48

Revised 11/19/97