HEATHER E. WILLIAMS, Bar #122664
Federal Defender
JEREMY S. KROGER, Bar #258956
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Counsel for Defendant
MICHAEL CHASE STAFFORD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:12-cr-00192 LJO-SKO |
| Plaintiff, | STIPULATION TO VACATE STATUS CONFERENCE HEARING AND SET FOR CHANGE OF PLEA HEARING; ORDER |
| vs. | |
| MICHAEL CHASE STAFFORD, | DATE: April 14, 2014 |
| Defendant. | TIME: 8:30 a.m. |
| | JUDGE: Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney, Grant B. Rabenn, counsel for plaintiff, Assistant Federal Defender, Jeremy Kroger, counsel for defendant MICHAEL CHASE STAFFORD, that the hearing currently set for April 21, 2014 before Magistrate Judge Sheila K. Oberto, **may be vacated and the matter reset for a change of plea hearing April 14, 2014 at 8:30 a.m. before District Judge Lawrence J. O'Neill.**

The parties have reached an agreement. The requested change of plea hearing will conserve time and resources for both counsel and the Court. The government has no objection to this request.

The parties agree that the time until the change of plea hearing shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for

effective defense preparation pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(ii), (iv).

|   |   |
|---|---|
|   | BENJAMIN B. WAGNER<br>United States Attorney |
| Dated:  April 9, 2014 | */s/ Grant B. Rabenn*<br>GRANT B. RABENN<br>Assistant United States Attorney<br>Attorney for Plaintiff |
|   | HEATHER E. WILLIAMS<br>Federal Defender |
| Dated:  April 9, 2014 | */s/ Jeremy Kroger*<br>JEREMY S. KROGER<br>Assistant Federal Defender<br>Attorney for Defendant<br>MICHAEL CHASE STAFFORD |

## O R D E R

For the reasons set forth above, the continuance requested is granted for good cause. The Court finds that the interest of justice outweighs the interests of the public and the defendant in a speedy trial, and time is excluded pursuant to 18 U.S.C. §§ 3161 (h)(7)(A) and (B)(ii), (iv).

IT IS SO ORDERED.

Dated:   **April 10, 2014**                              /s/ Lawrence J. O'Neill
                                                                        UNITED STATES DISTRICT JUDGE